IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MIDWESTERN MOTOR COACH CO., | ) |
| Plaintiff, | ) |
| v. | ) No. 06-0552-CV-W-DW |
| ARKANSAS BUS EXCHANGE CORPORATION, et al., | ) |
| Defendants. | ) |

**ORDER**

On August 10, 2007, the Court ordered Defendant Arkansas Bus Exchange Corporation (ABE) to arrange for substitute counsel within thirty (30) days. (Doc. 75.) ABE has failed to do so and mail sent to ABE and its registered agent has been returned as undeliverable. The Court also directed Plaintiff to apply for default judgment should ABE fail to arrange for substitute counsel with thirty days.

Consistent with its prior Order, the Court hereby ORDERS:

1) The Clerk of the Court is directed to enter default judgment in this matter against Defendant Arkansas Bus Exchange Corporation.

2) This case shall be removed from the Accelerated Joint Civil Jury Trial Docket commencing on March 31, 2008.

3) Plaintiff, Midwestern Motor Coach Company shall contact the Court within thirty (30) days of this Order to schedule a damages hearing in this matter.

4) The Clerk of the Court shall deliver a copy of this Order via certified mail, return

receipt requested, to the last known address for Defendant Arkansas Bus

Exchange Corporation.


Date: January 9, 2008 /s/ Dean Whipple
Dean Whipple
United States District Judge